```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

| | | |
|---|---|---|
| **SAMUEL L. GIDDENS** | ] | |
|     Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:11-0005 |
| | ] | Judge Trauger |
| **DWIGHT BARBEE** | ] | |
|     Respondent. | ] | |

**O R D E R**

The Court has before it a *pro se* prisoner petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus.

The petitioner is an inmate at the Charles Bass Correctional Complex in Nashville. Unfortunately, he has neglected to sign the habeas corpus petition. As a consequence, the Court can not yet rule upon the merits of the petition. *See* Rule 11(a), Fed. R. Civ. P. (an unsigned pleading shall be stricken unless omission of the signature is corrected promptly).

Accordingly, the Clerk is directed to return the petitioner's unsigned petition to him. The petitioner shall sign the petition and resubmit it to the Clerk's Office within fourteen (14) days of the date of its receipt.

The petitioner is forewarned that, should he fail to comply with the instructions of the Court in a timely manner, his petition will be denied and this action will be dismissed for failure to

comply and for want of prosecution. Rule 41(b), Fed.R.Civ.P.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge