UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| SAMUEL L. GIDDENS | ] | |
| --- | --- | --- |
| Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:11-0005 |
| | ] | Judge Trauger |
| DWIGHT BARBEE | ] | |
| Respondent. | ] | |

**O R D E R**

On January 25, 2011, an order (Docket Entry No. 10) was entered denying the petitioner's motion for the appointment of counsel (Docket Entry No. 3). Since the entry of this order, the petitioner has filed a "Motion to Rehear for Appointment of Counsel" (Docket Entry No. 22).

The petitioner has shown no exceptional circumstances that would warrant an appointment of counsel. Accordingly, his "Motion to Rehear for Appointment of Counsel" lacks merit and is hereby DENIED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge