UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **SAMUEL L. GIDDENS** ] | |
| Petitioner, ] | |
| ] | |
| v. ] | No. 3:11-0005 |
| ] | Judge Trauger |
| **DWIGHT BARBEE** ] | |
| Respondent. ] | |

**O R D E R**

The Court has before it a letter (Docket Entry No.40) from the *pro se* petitioner seeking legal advice.

A district judge has no obligation to act as counsel or paralegal to a *pro se* litigant. Pliler v. Ford, 542 U.S. 225,231 (2004). Accordingly, the Court finds that the petitioner's letter requires no further action.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge